## Sowards, et al. v. Ratliff, et al.

. (Decided February 7, 1913.)

### Appeal from Pike Circuit Court.

Appeal—Dismissal of.—As the relief sought by the appellants on this appeal, was obtained by them on cross-appeal in an appeal taken from the same judgment, in which the appellee herein was appellant and they appellees, there was no necessity for this appeal. It is therefore dismissed at their cost.

J. S. CLINE, for appellant.

YORK & JOHNSON, ROSCOE VANOVER, for appellee.

OPINION OF THE COURT BY JUDGE SETTLE.—Dismissing appeal.

The judgment presented for review by this appeal was also appealed from by the appellee herein, R. H. Ratliff; the record in that case being styled R. H. Ratliff, appellant, v. Stafford Sowards' Guardian, &c., appellees.

As in that case the appellees (appellants on this appeal), were granted a cross appeal by this court from the same judgment complained of on this appeal, and every question raised by this appeal was presented by the cross appeal and determined by the opinion this day handed down by us in that appeal, no reason exists for again passing on the same questions.

Wherefore this appeal is dismissed at the cost of Stafford Sowards, &c., the appellants therein.